**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO. 1:06CV336**
**(1:02CR105-6)**

| | | |
|---|---|---|
| **ANTHONY ALLEN LEMAY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed October 11, 2006.

After review of the motion, the Court finds the United States should file response to the issues raised therein.

**IT IS, THEREFORE, ORDERED** that the United States file answer to the petition filed herein on or before 120 days from service of this Order.

Signed: March 12, 2007

Lacy H. Thornburg
United States District Judge