IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:06CV336
(1:02CR105)

| | |
|---|---|
| ANTHONY LEMAY,<br><br>        Petitioner,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | **ORDER** |

**THIS MATTER** is before the Court on the Government's motion for an enlargement of time within which to file its responsive pleading to Petitioner's motion under 28 U.S.C. § 2255. For the reasons stated in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the time for responding to the Petitioner's motion pursuant to § 2255 is hereby extended to and including August 1, 2007.

Signed: July 5, 2007

Lacy H. Thornburg
United States District Judge